UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR06-425-MJP |
| v. ) | |
| ) | DETENTION ORDER |
| FERNANDO CIENFEUGOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

　　Count 1:  Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 846.

　　Count 2:  Conspiracy to Distribute Heroin in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(a)(B), and 846.

Date of Detention Hearing:    March 7, 2007.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　(1)　Pursuant to 18 U.S.C. §3142 (e), a rebuttable presumption exists that no conditions or combination of conditions exist short of detention that will reasonably assure

DETENTION ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　15.13
18 U.S.C. § 3142(i)　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 1/91
PAGE 1

the safety of the community or the appearance in Court of the defendant.  The presumption is appropriately applied in this case.

(2) Defendant has an extensive history of Failures to Appear for required court appearances.

(3) Defendant has an on-going serious substance abuse problem.

(4) Defendant has family ties in Mexico.

(5) Defendant has stipulated to detention, but has reserved his right to contest his continued detention if there is a change in circumstances.

(6) Defendant is a flight risk and a danger to the community based on the nature of the pending charges.  There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings or address the issues of safety to the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

01     DATED this 7th day of March, 2007.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER  
18 U.S.C. § 3142(i)  
PAGE 3

15.13  
Rev. 1/91